|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RIKKY WAYNE GUTIERREZ,<br><br>Defendant. | 2:15-CR-068-LDG-VCF<br><br>ORDER |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Monday, August 3, 2015 at 2:00 p.m., be vacated and continued to 8/17/15 at the hour of 10:00 AM, or to a time and date convenient to the court.

DATED this ___ day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

3