UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>RIKKY WAYNE GUTIERREZ,<br><br>　　　Defendant. | 2:15-CR-0068-LDG-VCF<br><br>ORDER |

THE COURT HEREBY ORDERS that defendant Gutierrez's motion to issue subpoena for witness out of District (#38) is GRANTED.

DATED this  7th  day of October, 2015.

　　　　　　　　　　　　　　　　　　　Lloyd D. George
　　　　　　　　　　　　　　　　　　　United States District Judge