UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RIKKY WAYNE GUTIERRZ,<br><br>Defendant. | 2:15-cr-068-LDG-VCF<br><br>ORDER RE: PAYMENT OF FACT WITNESS |

The Court has authorized the service of a subpoena on Mr. Rodriguez ("Rod") Dwayne Riley as an essential witness whose testimony is necessary for a hearing in the above-captioned case on Monday, September 28, 2015, in Courtroom 6B. Rule 17(b) of the Rules governing criminal cases in the United States District Courts, the U.S. Marshal is responsible for the witness fees and expenses, including the cost of transportation for this fact witness.

Accordingly, the Court Orders that the U.S. Marshal's Office shall pay witness fees, costs and expenses, including transportation for the above-named witness.

IT IS SO ORDERED.

DATED this 7th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

4