UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br>VS.<br><br>RIKKY WAYNE GUTIERREZ<br><br>      Defendant, | 2:15-cr-00068-LDG-VCF-1<br><br>MINUTES OF THE COURT<br><br>Dated:  October 26, 2015 |

PRESENT:

THE HONORABLE **LLOYD D. GEORGE, U.S. DISTRICT JUDGE**

DEPUTY CLERK:   DENISE SAAVEDRA         COURT RECORDER: ALANA KAMAKA

PRESENT FOR PLAINTIFF:     ROBERT KNIEF, AUSA

PRESENT FOR DEFENDANT:    WILLIAM CARRICO

EVIDENTIARY HEARING

      Proceedings begin at 10:17 a.m.   Defendant is present.

      Mr. Carrico request that defendant be removed from the courtroom. Accordingly, the Court Grants request and defendant is removed from the courtroom.

      **RODRIGUEZ RILEY** is sworn to testify as a witness for the Defense. Mr. Carrico examines the witness. Joint exhibits 2, 2B, and 1 are marked and admitted. Mr. Carrico passes the witness for cross examination. Mr. Knief cross examines. Government exhibit 1 is marked and admitted (video is shown). After further examination by Mr. Knief and Mr. Carrico, the witness is excused.

      **Alfred Gaitan** is sworn to testify as a witness for the Defense. Mr. Carrico examines the witness. Joint exhibits 3A, 3B are marked and admitted. Mr. Carrico passes the witness for cross examination. Mr. Knief cross examines, the witness is excused.

      Following the conclusion of the hearing, the exhibits are returned to the government for the use of trial. Government counsel makes representation.

UNITED STATES OF AMERICA vs. RIKKY WAYNE GUTIERREZ
2:15-CR-00068-LDG-VCF-1
October 26, 2015
Page two

    The Court does not see any problem with the identification. Accordingly, that will be the Courts ruling.

    Proceedings recess at 11:27 a.m.

                                         **LANCE S. WILSON, CLERK**
                                         **UNITED STATES DISTRICT COURT**

                                         /s/ Denise Saavedra
                                         DEPUTY CLERK