**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>RIKKY WAYNE GUTIERREZ,<br><br>         Defendant. | Case No. 15-cr-068-LDG-VCF<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for February 11, 2016 at 11:00 a.m., be vacated and continued to 3/24/16 at the hour of 10:00 a .m.; or to a time and date convenient to the court.

   DATED this ___ day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

3